FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>Ronald Joseph Samuel,<br><br>           Defendant. | Case No.: CR 06-0295-R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no recent background info provided, unknown

1  *residences, no known bail resources, history of noncompliance,*
2  *arrest + conviction for serious offense while on supervision*
3  _____
4  and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9       on: _____
10  _____
11  _____
12  _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  8/25/14                    /s/ Jean Rosenbluth
                                        JEAN ROSENBLUTH
18                                      U.S. MAGISTRATE JUDGE