STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHERYL L. O'CONNOR (Cal. Bar No. 173897)
Assistant United States Attorney
Criminal Appelas Section
    1000 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0759
    Facsimile: (213) 894-3613
    E-mail:   cheryl.oconnor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 06-295-R |
|---|---|
|     Plaintiff, | ORDER |
|         v. | |
| RONALD JOSEPH SAMUEL, | |
|     Defendant. | |

    The April 8, 2013 Petition alleging a violation of supervised release is dismissed.  Defendant shall continue back on supervised release under the same terms and conditions as originally ordered.

    IT IS SO ORDERED.

September 19, 2014
DATE

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
CHERYL L. O'CONNOR
Assistant United States Attorney